WO

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff,<br><br>vs.<br><br>Robert L. Ward,<br><br>　　Defendant. | CASE NO. CV 07-0094-PHX-LOA<br><br><br>**ORDER** |

　　　　Plaintiff filed a Notice of Dismissal with prejudice on April 25, 2007. (docket #6)  Pursuant to Plaintiff's Notice of Dismissal, with only the Plaintiff having made an appearance in this case, the Clerk's office terminated this case from it's docket effective the date the Notice was filed, i.e. April 25, 2007.

　　　　On September 11, 2007 the undersigned's chambers received a proposed form of order dismissing this matter pursuant to Plaintiff's April 25, 2007 Notice of Dismissal.  The undersigned staff has communicated with Plaintiff's counsel's staff to confirm they desire a formal written Order dismissing this matter with prejudice.

　　　　**IT IS ORDERED dismissing** this matter in its entirety with prejudice.

　　　　DATED this 14th day of September, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge